PROB 22
(Rev. 01/24)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:19CR00260-005 |
| DOCKET NUMBER *(Rec. Court)* | 2:24-cr-00213-RFB-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Arinola Adegboruwa | UTAH | CENTRAL |

| | | |
|---|---|---|
| | NAME OF SENTENCING JUDGE | Jill N. Parrish, U.S. District Judge |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  07/19/2024    TO  07/18/2026 |

OFFENSE
Count 2: Conspiracy to Distribute Oxycodone; Count 4: Conspiracy to Commit Money Laundering

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Defendant has no intentions of returning to Utah.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF     UTAH

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NEVADA _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

*8/28/24*
Date

_____
*United States District Judge*

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF     NEVADA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/25/2024

_____
*Effective Date*

_____
*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Arinola Adegboruwa**

**Case No.:  TO BE ASSIGNED**

**REQUESTING ACCEPTANCE OF JURISDICTION**

September 16, 2024

TO:   United States District Judge

On July 19, 2024, Adegboruwa was sentenced in the District of Utah by the Honorable Jill Parrish to 24 months' probation for committing the offenses of Conspiracy to Distribute Oxycodone and Conspiracy to Commit Money Laundering. Adegboruwa is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of her supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Jill Parrish, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2024.09.19
12:50:05 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2024.09.19 11:57:49 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer